AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Latorey J. Greene,
*Plaintiff*

v.                                             Civil Action No.    3:15-cv-02967-HMH

Charles Brooks, PCR Attorney; Wanda H. Carter, Deputy Cheif Attorney; Patrick Wright, Attorney; Harry O'Conner, Previous Solicitors of Sumter County; C. Kelly Jackson, Previous Solicitors of Sumter County; Suzanne Mayes, Previous Solicitors of Sumter County; Howard P. King, 3r Circuit Judges; Judge Paula H. Thomas, 3r Circuit Judges; Judge Thomas W. Cooper, 3r Circuit Judges; Judge Mary R. Herbert, Magastrict; Kenneth Young, Jr., Attorneys; Alieen P. Clare, Attorneys; Robert M. Dudek, Attorneys,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■    The plaintiff, Latorey J. Greene, shall take nothing of the defendants, Charles Brooks, PCR Attorney; Wanda H. Carter, Deputy Cheif Attorney; Patrick Wright, Attorney; Harry O'Conner, Previous Solicitors of Sumter County; C. Kelly Jackson, Previous Solicitors of Sumter County; Suzanne Mayes, Previous Solicitors of Sumter County; Howard P. King, 3r Circuit Judges; Judge Paula H. Thomas, 3r Circuit Judges; Judge Thomas W. Cooper, 3r Circuit Judges; Judge Mary R. Herbert, Magastrict; Kenneth Young, Jr., Attorneys; Alieen P. Clare, Attorneys; Robert M. Dudek, Attorneys,, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:    September 2, 2015                             ROBIN L. BLUME, CLERK OF COURT

                                                                    s/M. Walker

                                                            *Signature of Clerk or Deputy Clerk*